381 A.2d 911

Merriam, Appellant, v. McDaniel, et al.

Argued September 13, 1977.   Daniel Mungall, Jr., with him Stradley, Ronon, Stevens & Young, for appellant;

624

Spencer A. Manthorpe, with him Alfred W. Putnam, for appellees.

Order affirmed.

HOFFMAN and SPAETH, JJ., did not participate in the consideration or decision of this case.